

1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GLENN E. HARPER, | Case Number: C09-05758 JW |
| --- | --- |
| Plaintiff, | **ORDER DENYING STIPULATION RE: MODIDIFCATION OF CASE SCHEDULE** |
| v. | |
| CITY OF SAN JOSE; the SAN JOSE POLICE DEPARTMENT; and ROBERT DAVIS, individually and in his official capacity as Chief of the SAN JOSE POLICE DEPARTMENT, and DOES, inclusive, | |
| Defendants. | |

1    Presently before the Court is the parties' Stipulation to Modify the Court's April 8, 2010
2 Scheduling Order.  (Docket Item No. 23.)  The parties request to modify the Case Schedule on the
3 ground that current counsel of record for Plaintiff, Mr. Bourke, will be substituted by new counsel,
4 Mr. Patrick J. Manshardt.  (Id.)  However, the parties represent that Mr. Manshardt is currently
5 "suspended from practicing law in the state of California and in this district" and that he should be
6 "reinstate[d] to practice in the near future."  (Id.)  The Court finds that it cannot modify the Case
7 Schedule based on these representations.  First, substitution of counsel has not yet occurred.  Second,
8 new proposed counsel has been suspended by the state bar to practice law in California and his
9 reinstatement to the bar does not appear to be sufficiently concrete, namely, "in the near future."

   Accordingly, the Court DENIES the Stipulation and the parties shall adhere to the April 8, 2010 Scheduling Order.

Dated:  November 2, 2010

_____
JAMES WARE
United States District Judge