*E-FILED 01-03-2011*

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
MICHAEL DODSON, Sr. Deputy City Attorney (159743)
NKIA D. RICHARDSON, Deputy City Attorney (193209)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE and ROBERT DAVIS


THOMAS K. BOURKE (56333)
Law Office of Thomas K. Bourke
One Bunker Hill, Eighth Floor
601 West Fifth Street
Los Angeles, CA  90071-2094
Telephone Number:  (213) 623-1092
E-Mail Address:  Talltom2@aol.com

Attorney for Plaintiff, Glen Harper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLENN E. HARPER,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CITY OF SAN JOSE; the SAN JOSE POLICE DEPARTMENT; and ROBERT DAVIS, individually and in his official capacity as Chief of the SAN JOSE POLICE DEPARTMENT,<br><br>                    Defendants. | Case Number:  C09-05758 JW<br>**ORDER RE**<br>**STIPULATION FOR *IN CAMERA*<br>REVIEW OF RECORDS**<br><br>**(MODIFIED BY THE COURT)** |

   The parties to this action, by and through their attorneys of record, hereby enter into

this Stipulation in order to resolve a dispute concerning production of, and testimony

regarding "all internal affairs files and complaints regarding Glenn Harper."  Defendants

1  object to the production of the subpoenaed information as it involves confidential personnel
2  matters, implicates the privacy rights of third parties, is protected by the official information
3  privilege and includes information not reasonably calculated to lead to the discovery of
4  admissible evidence.
5     On or about December 8, 2010, Plaintiff served the San Jose Police Department
6  Internal Affairs Unit with a subpoena for "all internal affairs files and complaints regarding
7  Glenn Harper." Defendants have objected to the production of Internal Affairs file and any
8  related tape recorded statements, summaries of statements and any testimony from San
9  Jose Police Officers regarding the substance of the Internal Affairs investigations
10 contained therein.
11    In order to resolve this dispute, the parties have agreed to submit the Internal
12 Affairs Division report to the Court for *in camera* review. The parties further agree to the
13 following briefing schedule in association with the above in camera review:

| | |
|---|---|
| January 10, 2011: | Opening Briefs—both sides |
| January 18, 2011 | Opposition Briefs—both sides |

16    Simultaneous with the filing of the Opposition briefs, defendants shall submit the
17 subpoenaed materials to the Court for review. The parties stipulate that Defendants shall
18 disclose to Plaintiff only such documents and/or recorded statements as are ordered
19 produced by the Court following its review. The parties further stipulate and agree that any
20 and all documents produced as a result of any order issued by this Court following the
21 above-referenced in camera review shall be disclosed subject to a protective order, which
22 shall include the following terms:
23    1.   Documents and/or recorded statements produced by Defendants that contain
24         information from Police Officer personnel files, training files, Internal Affairs
25         files, Internal Affairs reports, or any other material personal to said Officers
26         are considered confidential, and are to be used for the purpose the above
27         captioned litigation only. Accordingly, the documents and/or their contents
28

2

1  contents may only be disclosed by the receiving party on as needed basis
2  and may be disclosed for the purposes of this litigation only. Confidential
3  documents shall not be disseminated to third parties unrelated to this case
4  and shall not be used in any other litigation, civil or criminal. Photocopies of
5  such documents could be made as is necessary for the litigation of this case.
6  However, such copies will also be subject to paragraph 2 below. Counsel
7  will advise persons given access to confidential documents and/or recorded
8  statements of the confidentiality of said documents and/or statements.
9      2.  Upon the conclusion of this litigation by final judgment, dismissal, or
10 settlement, all such confidential documents and/or statements shall be
11 returned to the producing party **except for copies of materials submitted to the court and made part of the court's records.**

Dated: December 17, 2010        Respectfully submitted,

                                 /s/ TKB
                                 _____
                                 THOMAS K. BOURKE

                                 Attorney for Plaintiff,
                                 GLENN HARPER

Dated: December 21, 2010        Respectfully submitted,

                                 RICHARD DOYLE, City Attorney

                                 By:  /s/ Michael J. Dodson
                                      _____
                                      MICHAEL J. DODSON
                                      Deputy City Attorney

                                 Attorney for Defendant, CITY OF SAN JOSE

**AS MODIFIED BY THE COURT, PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 3, 2011
                                 _____
                                 HONORABLE HOWARD R. LLOYD
                                 United States Magistrate Judge

3