1  THOMAS K. BOURKE (#56333)                          *E-FILED 01-28-2011*
   Law Office of Thomas K. Bourke
2  One Bunker Hill, Eighth Floor
   601 West Fifth Street
3  Los Angeles, CA  90071-2094
   Telephone Number:  (213) 623-1092
4  Facsimile Number:  (213) 623-5325
   E-Mail Address:  Talltom2@aol.com
5
   Attorney for Plaintiff, GLENN HARPER
6

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
8  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
9  Office of the City Attorney
   200 East Santa Clara Street, 16th Floor
10 San José, California  95113-1905
   Telephone Number: (408) 535-1900
11 Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
12
   Attorneys for Defendants,
13 CITY OF SAN JOSE and ROBERT DAVIS

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                           SAN JOSE DIVISION
17

18 | GLENN E. HARPER,                | Case Number:  C09-05758 JW |
19 |                                 |                             |
   |        Plaintiff,               | **STIPULATION AND [PROPOSED]** |
20 |   v.                            | **ORDER TO CONTINUE HEARING ON** |
   |                                 | **PLAINTIFF'S MOTION FOR** |
21 | CITY OF SAN JOSE; et al.,       | **ATTORNEY'S FEES** |
22 |        Defendants.              | [Re:  Docket No. 41] |

23

24      Plaintiff and Defendants in the above-entitled matter hereby stipulate, and jointly

25 request, that the Court continue the hearing on Plaintiff's Motion for Attorney's Fees.  In

26 support of this stipulation, the parties hereby submit the following as good cause for

27 granting this request:

28
                                         1

1. Plaintiff filed his Motion for Attorney's Fees on January 10, 2011 (Docket No. 34) noticing the hearing of said Motion for February 15, 2011 at 10:00 a.m. in Courtroom 2, before the Magistrate Judge Howard R. Lloyd. On January 12, 2011, the Court filed a notice continuing the hearing of Plaintiff's Motion for Attorney's Fee to March 1, 2011 (Docket No. 35).

2. Due to a scheduled trial, counsel for Defendants will be unable to appear at the hearing for Plaintiff's Motion for Attorney's Fees on that date. The trial is scheduled to commence on February 28, 2011 at the United States District Court, San Francisco Division, before the Honorable Richard Seeborg, in the matter of *Noreen Salinas, et al. v. City of San Jose, et al.* The trial is anticipated to conclude on March 11, 2011.

3. Attorney for Plaintiff, Thomas Bourke, has been informed of Defendants' scheduling conflict and has no objection to continuing the hearing of Plaintiff's Motion for Attorney's Fees.

4. Counsel for Plaintiff and Defendants are available for hearing on Plaintiff's Motion for Attorney's Fees on March 15, 2011, March 22, 2011 or March 29, 2011.

Accordingly, the parties hereby jointly request that the Court continue the hearing on Plaintiff's Motion for Attorney's Fees.

Dated: January 24, 2011

Respectfully submitted,

By: /s/ Thomas K. Bourke
THOMAS K. BOURKE
Attorney at Law

Attorney for Plaintiff,
GLENN HARPER

Dated: January 24, 2011

RICHARD DOYLE, City Attorney

By: /s/ Michael J. Dodson
MICHAEL J. DODSON
Deputy City Attorney

Attorney for Defendants,
CITY OF SAN JOSE and ROBERT DAVIS

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff, Thomas Bourke.

Dated: January 24, 2011                             /s/ Michael J. Dodson
                                                    MICHAEL J. DODSON
                                                    Sr. Deputy City Attorney

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefore, the Court hereby continues the hearing on Plaintiff's Motion for Attorney's Fee to ____ March 29, 2011 _____ at 10:00 a.m. in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: __January 28, 2011___                        _____
                                                    HONORABLE HOWARD R. LLOYD
                                                    United States Magistrate Judge

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S         C09-05758
MOTION FOR ATTORNEY'S FEES
                                                                             722336

3