LAW OFFICE OF PATRICK J. MANSHARDT
Patrick J. Manshardt (SBN 178085)
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071-2094
Telephone: (213) 880-1543
Facsimile: (213) 623-5325

Attorney for Plaintiff Glenn Harper

**IT IS SO ORDERED**
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HARPER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, *et al.*,<br><br>    Defendants. | CASE NO. C09-05758 EJD<br><br>**PLAINTIFF GLENN HARPER'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint filed:    December 8, 2009<br>Trial Date:    October 11, 2011 |

Plaintiff Glenn Harper herby substitutes Patrick J. Manshardt in as counsel of record in place of Thomas K. Bourke. This Order also terminates Docket No.62 as MOOT.

Dated: August 19, 2011        LAW OFFICE OF PATRICK J. MANSHARDT

By _____
    Patrick J. Manshardt
    Attorney for Plaintiff Glenn Harper

Dated: August 19, 2011        LAW OFFICE OF THOMAS K. BOURKE

By _____
    Thomas K. Bourke

I consent to the substitution.

Dated: August 19, 2011        By _____
    Glenn Harper

1

Plaintiff Glenn Harper's Substitution of Counsel