```
LAW OFFICE OF PATRICK J. MANSHARDT
Patrick J. Manshardt (SBN 178085)
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California  90071-2094
Telephone: (213) 880-1543
Facsimile: (213) 623-5325

Attorney for Plaintiff Glenn Harper
```

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HARPER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | CASE NO.  C09-05758 EJD <br><br> **PLAINTIFF GLENN HARPER'S NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> Complaint filed:   December 8, 2009 <br> Trial Date:          October 11, 2011 |

Plaintiff Glenn Harper herby substitutes Patrick J. Manshardt in as counsel of record in place of Thomas K. Bourke. This Order also terminates Docket No.62 as MOOT.

Dated: August 19, 2011        LAW OFFICE OF PATRICK J. MANSHARDT

                              By _____
                                 Patrick J. Manshardt
                                 Attorney for Plaintiff Glenn Harper

Dated: August 19, 2011        LAW OFFICE OF THOMAS K. BOURKE

                              By _____
                                 Thomas K. Bourke

I consent to the substitution.

Dated: August 19, 2011        By _____
                                 Glenn Harper

1

Plaintiff Glenn Harper's Substitution of Counsel