UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GLENN E. HARPER, | Case No. 5:09-cv-05758 EJD |
|---|---|
| Plaintiff(s), | **PRETRIAL ORDER (JURY TRIAL)** |
| v. | |
| CITY OF SAN JOSE, et. al., | |
| Defendant(s). | |

On September 30, 2011, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Conference Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Status Conference | October 21, 2011, at 11:00 a.m. |
| Final Pretrial Conference | April 20, 2012, at 11:00 a.m. |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | April 6, 2012 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | Apri 10, 2012 |

1

Case No. 5:09-cv-05758 EJD
PRETRIAL ORDER (JURY TRIAL)

| Jury Selection | May 14, 2012, at 9:00 a.m. |
|---|---|
| Jury Trial[1] | 5/15-16/2012 (full days),<br>5/17/2012 (9:00 a.m.-12:00 p.m.),<br>5/21/2012 (9:00 a.m.-12:00 p.m.),<br>5/22-23/2012 (full days),<br>5/24/2012 (9:00 a.m.-12:00 p.m.),<br>5/29-30/2012 (full days) |
| Jury Deliberations | 5/31/2012 (full day),<br>6/4/2012 (9:00 a.m.-12:00 p.m.),<br>6/5-6/6/2012 (full days),<br>6/7/2012 (½ day morning) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  September 30, 2011



EDWARD J. DAVILA
United States District Judge

---

[1]  Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m. - 12:00 p.m.), unless the Court otherwise specifies.  At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m. - 12:00 p.m.), thus creating extra half-days for trial.  The final trial schedule will be confirmed at the Final Pretrial Conference.

[2]  A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation."

2

Case No. 5:09-cv-05758 EJD
PRETRIAL ORDER (JURY TRIAL)